**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Victor Deshannon Wilson,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 1:20-CV-00307<br><br>STIPULATION AND ORDER FOR EXTENSION OF TIME |

　　　IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 30-day extension of time, from 7/31/2020 to 8/31/2020 , for Plaintiff to serve on defendant with PLAINTIFF'S CONFIDENTIAL LETTER BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

　　　This is Plaintiff's first request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant  does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

　　　　　　　　　　　　　　　　　Respectfully submitted,

1

| | |
|---|---|
| Dated: July 24, 2020 | PENA & BROMBERG, ATTORNEYS AT LAW |
| | By: */s/ Jonathan Omar Pena*<br>JONATHAN OMAR PENA<br>Attorneys for Plaintiff |
| Dated: July 24, 2020 | MCGREGOR W. SCOTT<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Regional Chief Counsel, Region IX<br>Social Security Administration |
| | By:  *\*/s/ Jean M Turk*<br>Jean M Turk<br>Special Assistant United States Attorney<br>Attorneys for Defendant<br>(\*As authorized by email on July 24, 2020) |

**ORDER**

Pursuant to the parties' stipulation (ECF No. 14), IT IS HEREBY ORDERED that Plaintiff shall serve defendant with his confidential letter brief no later than August 31, 2020. All other deadlines are extended accordingly.

IT IS SO ORDERED.

Dated: __**July 27, 2020**__                    /s/ *Erica P. Grosjean*
                                                                UNITED STATES MAGISTRATE JUDGE

3