1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| VICTOR DESHANNON WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | CIVIL NO. 1:20-cv-00307-EPG<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; ORDER** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision.

Dated:  September 25, 2020         */s/  Francesco Benavides\**
                                   FRANCESCO BENAVIDES
                                   Attorney for Plaintiff
                                   *Authorized via e-mail on September 25, 2020

                                   MCGREGOR W. SCOTT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

        United States Attorney
        DEBORAH LEE STACHEL
        Regional Chief Counsel, Region IX
        Social Security Administration

By:    */s/ Ellinor R. Coder*
        ELLINOR R. CODER
        Special Assistant United States Attorney

        Attorneys for Defendant

## ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (ECF No. 20), and for cause shown, IT IS ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.  On remand, the Appeals Council will remand the case to an administrative law judge for a new decision.

IT IS SO ORDERED.

Dated:   **September 25, 2020**                    /s/ Erica P. Grosjean
                                                                          UNITED STATES MAGISTRATE JUDGE