**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| VICTOR WILSON,<br><br>    Plaintiff,<br><br>    v.<br><br>ANDREW SAUL, Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:20-cv-00307-EPG<br><br>**STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT; ORDER**<br><br>**(ECF No. 24)** |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff be awarded attorney fees and expenses in the amount of $3,328.99, under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

After the Court issues an order for EAJA fees to Plaintiff, the government will consider the matter of Plaintiff's assignment of EAJA fees to counsel.  Pursuant to *Astrue v. Ratliff*, 560 U.S. 586, 598, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program.  After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to Plaintiff, but if the Department of the Treasury determines that Plaintiff does not owe a federal debt, then the government shall cause the payment of fees, expenses

1  and costs to be made directly to Counsel, pursuant to the assignment executed by Plaintiff.  Any
2  payments made shall be delivered to Plaintiff's counsel, Jonathan O. Peña.
3        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney
4  fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or
5  otherwise.  Payment of the agreed amount shall constitute a complete release from, and bar to, any
6  and all claims that Plaintiff and/or Counsel including Counsel's firm may have relating to EAJA
7  attorney fees in connection with this action.
8        This award is without prejudice to the rights of Counsel and/or Counsel's firm to seek Social
9  Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the
10 EAJA.

                              Respectfully submitted,

Dated: September 30, 2020        /s/ *Jonathan O. Peña*
                                    JONATHAN O. PEÑA
                                    Attorney for Plaintiff

Dated: September 30, 2020        McGREGOR W. SCOTT
                                    United States Attorney
                                    DEBORAH LEE STACHEL
                                    Regional Chief Counsel, Region IX
                                    Social Security Administration

                                By:   *Ellinor R. Coder**
                                    Ellinor R. Coder
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant
                                    (*Permission to use electronic signature
                        obtained via email on September 30, 2020).

**ORDER**

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees and Expenses, (ECF No. 24), **IT IS ORDERED** that fees and expenses in the amount of $3,328.99 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **September 30, 2020**        /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE